**FILED**
December 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **Case No: EP:25-CR-03055-LS** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 USC § 111(a)(1), (b) - Assault of a Federal Officer |
| ZADE KYLE MARSHALL, | § § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about November 24, 2025, in the Western District of Texas, Defendant,

**ZADE KYLE MARSHALL,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with E.B., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties: that is, the Defendant used a deadly or dangerous weapon, his vehicle, and repeatedly drove that vehicle into the vehicle occupied by E.B., all in violation of Title 18, United States Code, Sections 111(a)(1), (b).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____[signature: Debra P. Kanof]_____
    Assistant U.S. Attorney